# AFFIDAVIT OF FACTS

**STATE OF CALIFORNIA**

**COUNTY OF SONOMA**

**RE: MYONG SUK OH**

I, Robert Ramers, a citizen of the United States and the State of California over the age of 21 years, declare as follows, under penalty of perjury that the facts stated herein are true, correct and complete and if called upon, can and will competently and truthfully testify to the following facts:

1. I am a Certified Mortgage Securitization Auditor, a Certified Bloomberg terminal operator, and a Certified Fraud Examiner and member in good standing of the Association of Certified Fraud Examiners. My qualifications, expertise and experience provide me with the background necessary to perform mortgage audit services and to be qualified as an expert in this field. I have testified at trial and have been certified as an expert witness in these matters. I have prepared over 500 Securitization Analysis Reports in residential real estate mortgage investigation and have trained auditors and attorneys in how to research the Securities Exchange Commission database, public records and the Bloomberg Database in the investigation of securitized transactions. I have a California Real Estate License, I am an NMLS licensed California Mortgage Loan Originator, and have over 40 years of experience in analyzing contracts and computer databases.

2. Wherever and to the extent this Declaration is based upon information and belief, I believe the sources of information reliable and the information received from them true and correct.

3. My primary professional activity during the past several years and continuing to the present has focused on: forensic investigation, analysis and ferreting out of residential mortgage loan irregularities, including irregularities in documents executed by so-

called "robo-signers"; Chain-of-Title and loan securitization analysis; and identification of other forms of fraudulent loan and foreclosure documents.  In this connection, I have been retained by Myong Suk Oh ("OH") to examine the documents related to her loan of $1,000,000 made on January 14, 2005 for the property located at 22 Lily Pool, Irvine, CA 92620, wherein the lender is identified as America's Wholesale Lender, the trustee is CTC Real Estate Services and the beneficiary and nominee is Mortgage Electronic Registration Systems ("MERS"). I have examined the following documents related to this loan, all recorded in Official Records, Orange County:

a. A DEED OF TRUST recorded as document number 2005-52274 on January 21, 2005. (Exhibit 1)

b. A SUBSTITUTION OF TRUSTEE recorded as document number 2007-9660 on January 8, 2007 (Exhibit 2)

c. An ASSIGNMENT OF DEED OF TRUST recorded as document number 2012-73736 on February 8, 2012.

d. An ASSIGNMENT OF DEED OF TRUST recorded as document number 2012-77986 on February 10, 2012.

e. A NOTICE OF TRUSTEE SALE recorded as document number 2020000019773 on January 16, 2020.

f. A SUBSTITUTION OF TRUSTEE recorded as document number 2016-193584 on May 2, 2016.

g. A NOTICE OF DEFAULT recorded as document 2019-000301708 on August 15, 2019.

4. I have also researched the SEC EDGAR database to examine the filings of the CWMBS, INC., CWMBS Mortgage Pass-Through Trust 2005-3, Mortgage Pass Through Certificates, Series 2005-3("CWMBS 2005-3"), which was assigned the

subject Deed of Trust in document 2012-000073736 on February 8, 2012 and again in document 2012-779866 on February 10, 2012.

## ISSUES WITH THE CHAIN OF TITLE

5. The original lender in the OH Deed of Trust is America's Wholesale Lender, a New York Corporation.

6. Attempts were made on February 8, 2012) and on February 10, 2012  and again on March 23, 2012 to assign "All beneficial interest under that certain deed of trust dated 01/14/2005 executed by Myong Suk Oh" "together with the note or notes therein described or referred to, the money due and to become due thereon with interest". The assignor in all attempts is MERS, and the assignee is The Bank of New York Mellon as trustee for the CWMBS 2005-03 Trust.

7. Although the MERS System tracks changes in ownership of the beneficial rights for loans registered on the MERS System, the MERS System cannot transfer the beneficial rights to the debt. The debt can only be transferred by properly endorsing the promissory note to the transferee[1]:

8. Furthermore, in the attempted assignments in document 2012-000073736 on February 8, 2012 and again in document 2012-779866 on February 10, 2012 the assignments were signed respectively by Edward Gallegos, Assistant Secretary of MERS and Loryn Stone, Assistant Secretary of MERS.  However, these persons were possibly not employees of MERS, but were actually employees of BAC and Recontrust respectively, and may not have had the authority to execute these documents on behalf of MERS.

---

1 The lender might contend that the Assignment of the Deed of Trust by MERS was the appropriate method by which the Deed of Trust was conveyed to the Trust.  However, doing so violates MERS own written procedures as set forth in the MERS procedure manual (available at http://www.mersinc.org/MersProducts?manuals.aspx?mpid=1) which states at page 73: "MERS cannot transfer the beneficial right to the debt." MERS is listed as the Beneficiary under the Deed of Trust.  However, according to MERS own procedures, MERS cannot transfer the beneficial rights to the debt.

ROBERT RAMERS DECLARATION

9. It is relevant to note that these same two parties, Gallegos and Stone, have signed similar documents as officers of MERS indicating a pattern of behavior. An example of Gallegos acting as an officer of MERS is the Assignment of the Deed of Trust in favor of Veronica Corrales from America's Wholesale Lender to the CWALT, Inc Alternative Loan Trust 2007-12T1, recorded in Los Angeles County, CA on 4/27/2007 as instrument number 28071020362. Loryn Stone acting as Assistant Secretary of MERS signed an Assignment of Deed of Trust in favor of Veronica Corrales from Recontrust Company to The CWALT Inc. Alternative Loan Trust 2007-12T1, recorded in Los Angeles, CA on 4/12/2012 as document number 20120550549.

10. It is my opinion that the attempt to transfer the OH note from America's Wholesale Lender by MERS, which cannot hold a promissory note, and the subsequent attempted assignments on February 8, 2012 and on February 10, 2012 were not valid and caused a break in the chain of title, bringing into question the actual holder and/or owner of the OH note with standing to substitute trustees.

11. Based on the above facts, it is my opinion that the attempts to assign the OH note and deed of trust to the CWMBS 2005-3 Trust are invalid, and that the CWMBS 2005-3 trust is not the valid lender of record and does not have the authority to substitute trustees. Likewise, due to similar invalid assignments, the Veronica Corrales note referenced in the assignment dated 4/12/2012 above could not have validly been transferred to the CWALT, Inc Alternative Loan Trust 2007-12T1.

**ISSUES WITH THE SUBSTITUTION OF TRUSTEE AND FORECLOSURE**

12. In the Substitution of Trustee recorded on May 2, 2016 (Exhibit 2) The Bank of New York Mellon as trustee for the CWMBS 2005-03 Trust attempted to substitute MTC

Financial Inc. dba Trustee Corps as the new trustee. The OH Deed of trust clearly

states that only the lender has the power to substitute trustees "to the exclusion of all

other provisions for substitution":

> **24. Substitute Trustee.** Lender, at its option, may from time to time appoint a successor trustee to any Trustee appointed hereunder by an instrument executed and acknowledged by Lender and recorded in the office of the Recorder of the county in which the Property is located. The instrument shall contain the name of the original Lender, Trustee and Borrower, the book and page where this Security Instrument is recorded and the name and address of the successor trustee. Without conveyance of the Property, the successor trustee shall succeed to all the title, powers and duties conferred upon the Trustee herein and by Applicable Law. This procedure for substitution of trustee shall govern to the exclusion of all other provisions for substitution.

13. Since the OH note was not properly transferred to the CWMBS 2005-03 trust, the

CWMBS 2005-03 Trust was not the lender of record as of the date of the attempted

substitution, and therefore my opinion is that this substitution is void.

14. If MTC Financial, Inc. dba Trustee Corps was not a valid substituted trustee, my

opinion is that the Notice of Trustee Sale that they recorded on January 16,2020 was

not valid and is void. Likewise, since Trustee Corps was not a valid substitute trustee,

any Notice of Default and Trustee Sale conducted by them would not be valid.


I declare the foregoing to be true and correct and so declare under penalty of perjury

under the laws of the United States.

Executed the 23[th] day of October 2021 at The Sea Ranch, California.


Robert Ramers

ROBERT RAMERS DECLARATION

## DECLARATION OF STEPHEN W. POLAK

I, STEPHEN W. POLAK, declare as follows:

1.      I am currently a private investigator licensed by the State of California (License No. 28035) and have co-owned Sunset Blvd. Investigations ("SBI") since 2012. In 1994, after serving twenty-one (21) years as a law enforcement officer, I retired as a Detective with the Los Angeles Police Department and established Stephen W. Polak Investigative Services, Inc., a privately owned and licensed entity in California. My forty-six (46) years of investigative experience embraces a diverse range of disciplines including witness interviews and suspect interrogations resulting in more than one thousand (1,000) arrests and convictions. My expertise and experience includes the collection, processing, and preserving of evidence; Preparation of detailed investigative reports; Preparation and execution of search warrant affidavits; Filing of criminal cases with Offices of the District Attorney and United States Attorney; Providing deposition testimony; Providing testimony in Grand Jury proceedings; In addition to providing courtroom testimony in Federal, Superior and Municipal Courts on hundreds of occasions.

2.      SBI was recently engaged by Mr. Samuel Lee to investigate Youda Crain, Loryn Stone, and Edward Gallegos and their affiliations with Bank of America and Mortgage Electronic Registration Systems, Inc. ("MERS"). Among the facts I discovered were the following.

### YOUDA CRAIN

3.      I conducted a search on my investigative database for Youda Crain in Los Angeles County and found one result. Using her name, I conducted another search for possible employment records and got several results. There were possible employment records for multiple banks, including Bank of America Corporation; however, there were no results for any records of possible employment with MERS. See Exhibit 1.

4.      I conducted a LinkedIn search for Youda Crain and found a profile for

1  a Youda Crain located in Augora Hills, CA.  Upon reviewing her profile, I

2  discovered she listed a previous employment with Bank of America as an

3  Underwriter from February 2011 to February 2015.  See Exhibit 2.

4      5.  I further did a Facebook search for Youda Crain and found a profile for

5  her, and confirmed it was the same person as the LinkedIn profile based on the

6  profile photos.  Under the Work and Education section, she had listed "BBCN

7  Bank" and "Bank of America."  See Exhibit 3.

8      **LORYN STONE aka LORYN RATAIZER**

9      6.  I conducted a search on my investigative database for Loryn Stone in

10  Los Angeles County and found one result.  Using her name and maiden name

11  (Loryn Rataizer), I conducted another search for possible employment records and

12  got results for Bank of America Corporation and Starbucks.  See Exhibit 4.

13      7.  I further did a Facebook search for Loryn Stone in Los Angeles and

14  found her profile.  On her Facebook's "Work and Education" section, there were no

15  records prior to 2016 that she listed.  See Exhibit 5.

16      **EDWARD GALLEGOS**

17      8.  I conducted a search on my investigative database for Edward

18  Gallegos; however, the name was too common to develop his identity information

19  (DOB, SSN, address, etc.).

20      9.  Because of his common name, I did Internet searches using his name

21  and keywords such as "Bank of America," "MERS," etc.  There were several results

22  linked to the name Edward Gallegos and those entities.  Several people and sites

23  posted about Edward Gallegos being a robo-signer. See Exhibit 6

24      10.  I further looked into the notary public (Evette Ohanian) on the

25  Assignment of Deed of Trust provided to us by Mr. Samuel Lee.  I did a LinkedIn

26  search and found a profile for an Evette Ohanian who was a notary public for Bank

27  of America from 2011 to 2014.  See Exhibit 7.

28

1       I declare under penalty of perjury under the laws of the State of California

2 that the foregoing is true and correct.

3       EXECUTED on this 26th day of November, 2019, at Los Angeles, California.

4

5

6

7       STEPHEN W. POLAK

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28