**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYONG SUK OH,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RECONTRUST COMPANY, N.A., a U.S. corporation and wholly-owned subsidiary of Bank of America Corporation; BANK OF NEW YORK MELLON CORPORATION, an American worldwide banking and financial service holding company commonly known as BNY MELLON; BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company; MTC FINANCIAL INC., a California corporation doing business as TRUSTEE CORPS; NEWREZ LLC, a Delaware corporation doing business as SHELLPOINT MORTGAGE SERVICING; and DOES 1 through 250, inclusive,<br><br>　　　　Defendants. | Case No. 8:21-cv-01808-MCS-ADS<br><br>**JUDGMENT** |

1

Pursuant to the Court's orders and Plaintiff Myong Suk Oh's voluntary dismissal of certain claims, it is ordered, adjudged, and decreed that judgment is entered in favor of Defendants ReconTrust Company, N.A.; Bank of New York Mellon Corporation; Bayview Loan Servicing, LLC; MTC Financial Inc.; and NewRez LLC, and against Oh. Oh's claims against Bank of New York Mellon Corporation and Bayview Loan Servicing, LLC, are dismissed with prejudice, and Oh's claims against ReconTrust Company, N.A.; MTC Financial Inc.; and NewRez LLC are dismissed without prejudice. Oh shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: June 27, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE